AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Mack Tyler
_____
*Plaintiff/Petitioner*

v.

Lawrence Ross, et al
_____
*Defendant/Respondent*

)
)
)
)
)

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: Mack Tyler          Date: 4·20·15

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NA | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ NA | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 764.25 | $ | $ | $ |
| Unemployment payments | $ NA | $ | $ | $ |
| Public-assistance (such as welfare) | $ NA | $ | $ | $ |
| Other (specify): | $ NA | $ | $ | $ |
| Total monthly income: | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ __NA__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ A Rent aptm $218 |
| Other real estate *(Value)* | $ NA |
| Motor vehicle #1 *(Value)* | $ NA |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ NA |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ NA |
| Other assets *(Value)* | $ NA |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ NA | $ NA |
| | $ | $ |
| | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes  ☑ No<br>    Is property insurance included?  ☐ Yes  ☑ No | $ | $ *NA* |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* Optimum Per month | $ 84.95 | $ |
| Home maintenance *(repairs and upkeep)*  ~~Optimum Cable Per month~~ | $ ~~84.95~~ | $ |
| Food   SNap pay every month | $ 132 | $ |
| Clothing | $ 68.00 | $ |
| Laundry and dry-cleaning   once a month | $ ~~850~~ | $ |
| Medical and dental expenses *On* Medicaid | $ | $ |
| Transportation *(not including motor vehicle payments)* Public Transportion | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. self help center | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ NA | $ NA |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ NA | $ NA |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ N/A | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 0 | $ 0 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes    ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes    ☑ No

    If yes, how much?    $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.



12. Identify the city and state of your legal residence.


    Your daytime phone number:    (908) 943.5047

    Your age: 38    Your years of schooling:    3

    Last four digits of your social-security number:    2695

DIVISION OF MENTAL HEALTH SERVICES    *MIDDLESEX*

## 2014 APPLICATION FOR TENANT BASED RENTAL SUBSIDY    *NON-CEPP*

**Month Lease Started:** FEBRUARY 2014    **Month/Day/Year Form Completed:** 10/31/14

**Applicant's Name:** MACK TYLER    **Applicant's SS#:** 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
**Date of Birth:** 4/3/76

**Subsidized Address:** 818 BIRCHWOOD COURT    **Applicant's Sex:** Male ✓    Fem.___
NORTH BRUNSWICK, NJ 08902

**County of Residence (In which subsidy will be used):**

**Children living with Applicant:**     **Reason for Application:**

| Sex: | M | F | Age: | | |
|------|---|---|------|---|---|
| | M | F | | New Client | |
| | M | F | | Client has Moved | |
| | M | F | | Lease Renewal | |
| | M | F | | Change in Income | ✓ |

MIDDLESEX
County of Residence

RIST Consumer? Yes___ No___
PACT Consumer? Yes___ No___
Sponsor-Tenant Based? Yes___ No___

**Provider Agency Name:** BRIDGEWAY    **Contact Person:** NANCY
**Phone Number:** 908-249-4100    **Extension if applicable:** 106

### Circle Appropriate Income Source(s)

| Employment | Social Security | (Supplemental Security (SSI)) | Disability (SSD) |
|------------|-----------------|-------------------------------|------------------|
| Unemployment | Alimony | Interim Assistance | Other (Explain)_____ |

**A.** Gross Annual Household Income  (absolutely no deductions allowed)    **A.** $9027

*If Income is $0, enter 0 in Box A and Box E. Skip Box B, C, and D.*

**B.** Subtract $400 from Gross Annual Income    **B.** $8627

**C.** Divide the number in box "B" by **12**    **C.** $719

**D.** Multiply the number in box "C" by **40% (.40)**    **D.** $288

Utility Allowance = 0 if utilities included in rent; $70 if not included = 70

**E.** Subtract Utility Allowance from the amount in box "D"    **E.** $218    MackTy.

*If amount is a negative number or less than $25 - enter $25.00 in Box E. This is the amount to be paid by consumer.*

**F.** Enter the total monthly rent (from the lease).    **F.** $1030

**G.** Subtract the amount in box "E" from the amount in box "F".    **G.** $812

*Amount in box "G" is the Rent Subsidy* **To be PAID by the Provider AGENCY**    Bridgeway

I have visually inspected and verified current income documentation to complete line "A". I certify that all of the information contained on this application is accurate.

Fax application and income documents to 609-341-2314    *Representative Signature*

Fax application and income documents to 609-341-2314

# Social Security Administration
# **Supplemental Security Income**
Notice of Award

SOCIAL SECURITY
3310 STATE ROUTE 66
NEPTUNE NJ 07753

Date:  October 31, 2014
Claim Number:  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 DI

\#     000000162   I=100000    1024 06 T16

160 3 MB 0.692

181 14S1608G18016
MACK JULIUS TYLER
818 BIRCHWOOD COURT
N BRUNSWICK NJ 08902-1917

We have carefully reviewed the facts of your case and have approved the claim for Supplemental Security Income (SSI) benefits that you filed on April 25, 2014. As of May 2014 you met all the rules to be eligible for SSI based on being disabled.

The rest of this letter explains your current monthly payment, your back payments, how we figured your payment amount, information about Medicaid, your reporting responsibilities, and your appeal rights.

## Your Current Monthly Payment

Your current monthly payment is $752.25 for November 2014.  This amount includes $31.25 from the State of New Jersey.  This amount will continue unless there is a change in the information we use to determine your SSI eligibility and payment amount.

## Your Back Payments

| From | Through | Monthly Payment Amount | Total |
|------|---------|------------------------|-------|
| June 2014 | October 2014 | $752.25<br>This includes $31.25 from the State of New Jersey. | $3,761.25 |

We explain how we figured the monthly payment amount on the worksheets at the end of this letter.  The explanation shows how your income, other than any SSI payments, affects your SSI payment.

See Next Page

SSA-L8025

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                                                    Page  2 of 16
10/31/2014

## Information About Your Back Payments

- We owe you back SSI payments of $3,518.79 for June 2014 through October 2014.  Because of the large amount, the law says we cannot pay all of the money in one lump sum.  Instead, we must pay it in up to three installments, six months apart.

- When the back SSI payments are at least 3 times the maximum monthly payment, including any money the State tells us to pay its residents, we generally must pay this money in installments.  Usually, this amount is also the limit for what we can pay in the first and second installment payments.  If a third installment is needed, it will be for the balance of the back payments after we have paid the first and second installments.

- Your representative payee should have received the first installment payment of $2,256.75 by October 28, 2014.

  We will send another letter in 6 months when we send the next installment.

## Getting More of the Back Payments Right Away

In the following situations, you may be able to get larger installment payments or get your back payments more quickly.

- We can pay all of the back payments at once to a person who:

  -- is not eligible for SSI now and it appears that he or she will not be eligible for the 12 months after we first wrote to him or her about the back payments, or

  -- has a terminal illness and is not expected to live beyond 12 months.

- We can pay a larger installment payment amount to a person who has certain debts or expenses.  We can increase the installment by the amount of:

  -- current debts related to food; clothing; shelter; medicine; or medically necessary services, supplies, or equipment.

  -- current or expected expenses in the near future for medicine; or medically necessary services, supplies, or equipment; or the purchase of a home.

  The person must not be eligible to have the debts or expenses paid by anyone else.  This includes any local, State, or Federal agency, and private arrangements with a person or business, such as an insurance company.

If either of these situations applies to you, you should call us right away at the telephone number shown at the end of this letter.

SSA-L8025

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
10/31/2014

## When You Will Receive Your Payments

- Your representative payee should have received a payment of $2,256.75 by October 28, 2014. This payment covers June 2014 through September 2014. Your representative payee should have also received your monthly payment of $752.25 by November 5, 2014.

- Your representative payee will receive your next monthly payment of $752.25 around December 1, 2014, and on the first of each month after that.

## How We Will Pay You

We have determined that your SSI payments will be paid to:

FAMILY & CHILDREN SERVICE INC
FOR MACK JULIUS TYLER
PO BOX 505
LONG BRANCH NJ 07740

who is interested in or concerned with your well-being. This representative payee has agreed to receive and manage these payments for your use and benefit.

## Information About Your SSI Payments

As we previously notified you, you were overpaid when you formerly received SSI payments. You must still repay $242.46 from the amount due for June 2014, to repay the overpayment.

## Information Used To Determine Your Payments

We based the decision on these facts:

- You meet all the rules to be eligible for SSI beginning May 1, 2014. Our rules do not allow us to pay SSI until the month after you first meet all of our eligibility rules. Therefore, the first month we can pay you is June 2014.

- You were found disabled on April 25, 2014.

- SSI is a Federal program. However, some States give us money to add to the SSI payments. When you are eligible for SSI, payments may include Federal money, State money, or both.

- The amount of SSI we pay depends on your living arrangements. Your living arrangements are where you live, with whom you live, and how your food and shelter expenses are paid. Based on the information we have, your Federal living arrangement is:

SSA-L8025

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
10/31/2014

Page  4 of 16

-- Category A for June 2014 on

Please see the enclosed "Fact Sheet on SSI Federal Living Arrangement Categories" for a description of this Federal living arrangement category and others.

- You were living in the State of New Jersey for April 2014 on.

- The amount of money we pay you from the State of New Jersey depends on the State's rules.

  You are living independently or living with others for June 2014 on.

- Based on the information we have, your State living arrangement is:

  -- Category B for June 2014 on for New Jersey

Please see the enclosed "Fact Sheet on SSI Living Arrangement Categories For the State of New Jersey" for a description of this State living arrangement category and others.

- To get SSI, your countable resources must not be more than the allowable limit of $2,000.00 for 2014 on. Your resources that we count are $2,000.00 or less for May 2014 on. The enclosed fact sheet called "Resources - What You Need To Know" explains how we count your resources.

- We use income to figure your eligibility and payments. By law, we use different rules to count your income based on what kind of income you have and when you receive it.

- You had no income for April 2014 on.

**How Installment Payments May Affect Your SSI Eligibility**

Based on our rules, you are not eligible for SSI for any month in which you have resources over $2,000.00. We do not count SSI installment payments as resources until 9 months after they are received.

  Any part of your SSI installment payment of $2,256.75 that you still have on September 1, 2015, will count as a resource. If this money brings your total resources to more than $2,000.00, you will not be eligible for SSI.

**Information About Medicaid**

An agency of your State will advise you about the Medicaid program. If you have any questions about your eligibility for Medicaid or need immediate medical assistance, you should get in touch with the local Medicaid office in the area.

SSA-L8025

## Basic Rules For Determining SSI Payment

The SSI amount you get may not be the same each month.  It depends on the following:

- The Federal benefit rate:  The Federal benefit rate is the most SSI money the law allows us to pay.  In 2014 the monthly Federal benefit rate is $721.00.

- Your living arrangements:  where you live, with whom you live, and how your living expenses are paid.

- The State where you live: Some States give us money to add to SSI payments.  The amount of money we pay you from the State where you live depends on its rules.

- Your resources:  cash, bank accounts, life insurance, savings bonds, automobiles, and other property you own.  You can have resources up to $2,000.00.

- The amount of your gross monthly income from sources other than SSI: Generally, the more income you have, the less your SSI payment will be.  If your income is over the allowable limit, you will not be eligible for SSI.

## Your Reporting Responsibilities

Your SSI payments may change if your situation changes.  You are required to report any changes that may affect your SSI no later than 10 days after the month the change takes place.

Please call 1-800-772-1213 or contact your local Social Security office to report any of the following changes:

- you start or stop work, or your wages increase or decrease;
- your bank account balance goes over $2,000.00;
- you move;
- anyone else moves into or out of your household;
- someone in your household dies;
- you marry, separate, or divorce (including any same-sex relationships);
- income or resources change for you or members of your household;
- your medical condition improves;
- you leave the United States and expect to be gone for a full calendar month or for 30 consecutive days;
- you are in a hospital, jail, or other institution for a full calendar month;
- a felony warrant for flight or escape or a warrant for violating a condition of parole or probation is issued for your arrest.

Please read the enclosed booklet "What You Need To Know When You Get Supplemental Security Income (SSI)" carefully for additional information about this reporting requirement.

SSA-L8025




## You Can Review The Information in Your Case

The decisions in this letter are based on the law and information in our records. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations, and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Questions".

## Things You Should Know

- This decision refers only to your claim for SSI payments. Any decision about your benefits under other Social Security programs will be sent to you in a separate letter.

- We are also sending this information to your representative payee.

- Would you like to work? If so, you should know about special SSI rules. These rules can help you keep Medicaid and may help you keep getting some SSI even though you are working. The enclosed fact sheet tells you more about special SSI rules for people who work.

## Disability Review

We decided that you are disabled according to our rules. While we realize that your health may not improve, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your SSI will continue if you are still disabled, but will end if you are no longer disabled.

## If You Disagree

If you disagree with this decision, you have the right to appeal. A person who did not make the first decision will decide the appeal. We call this appeal a reconsideration. When you appeal, we review your entire case, even the parts with which you agree. We consider any new facts we have and then make a new decision. The new decision could be more favorable, less favorable, or the same as the one you already have.

## Time To File An Appeal

- You have 60 days to file an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on the letter.

- You must have a good reason for waiting more than 60 days to file an appeal.

SSA-L8025

## How To Appeal

You can file an appeal with any Social Security office.  You must request the appeal in writing.  Please use our "Request for Reconsideration" form, SSA-561-U2, which is available on our website at www.socialsecurity.gov on the Internet.  You can also contact us by phone, by mail, or come into the office to obtain the form.  If you need assistance, we can help you fill out the form.

There are 2 types of appeals.  In most cases, you can choose the one you want.

- Case Review:  You will not meet with the person who decides your case.  You have a right to review the facts in your file.  You can give us more facts to add to your file.  Then we will decide your case again.  This is the only kind of appeal you can have for a medical decision.

- Informal Conference:  You will talk with the person who decides your case either in person or over the phone.  You can tell that person why you disagree with our decision.  If you meet with us in person, it may help your case.  You have a right to review the facts in your file.  You can give us more facts to add to your file.  You can have other people help explain your case.  Then we will decide your case again.

## If You Want Help With Your Appeal

You may choose to have a representative help you.  We will work with this person just as we would work with you.  If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you receive benefits.  Others may represent you for free.  Usually, your representative may not charge a fee unless we approve it.  Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing.  You may use our Form SSA-1696-U4 Appointment of Representative.  Any local Social Security office can give you this form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

If you have any questions, please:

- Visit our website at www.socialsecurity.gov to find general information about SSI;

SSA-L8025

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                                                    Page  8 of 16
10/31/2014

- Visit our website at www.socialsecurity.gov/SSIrules/ to find the law and regulations about SSI eligibility and payments;

- Call us toll-free at 1-800-772-1213 or call your local office at 877-405-0475. We can answer most questions over the phone.  If you are deaf or hard of hearing, our toll-free TTY number is 1-800-325-0778; or

- Write or visit any Social Security office.  If you plan to visit an office, you may call ahead to make an appointment.  The office that serves your area is located at:

> SOCIAL SECURITY
> 3310 STATE ROUTE 66
> NEPTUNE NJ 07753

Please have this letter with you if you call or visit an office.  If you write, please include a copy of the first page of this letter.  It will help us answer your questions.  We are busiest early in the week and early in the month.  If your business can wait, it is best to call or visit at other times.

We are sending you a pamphlet which contains important information you should know.  The pamphlet is called "What You Need to Know When You Get SSI." We are also enclosing additional information about rules that can help you if you are working, or if you decide to work.

*Carolyn W. Colvin*

Carolyn W. Colvin
Acting Commissioner of
Social Security

Enclosure(s):
Pub 05-11011 - What You Need To Know When You Get Supplemental Security Income (SSI)
Fact Sheet on SSI Federal Living Arrangement Categories
Fact Sheet on SSI Living Arrangement Categories For the State of New Jersey
SSI Rules That Help You Work
How We Figured Your Payment

SSA-L8025

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
10/31/2014

## Fact Sheet on SSI
## Federal Living Arrangement Categories

Category    Definition

A    Living in Own Household -- You fit in this category if you are eligible for SSI and you meet one of the following conditions:

1.    You live in your own household whether or not you receive help paying your food or housing costs.
2.    You live in a foster care or family care situation.
3.    You are homeless or have no permanent living arrangement.
4.    You live in an institution for all or part of a month and Medicaid does not pay more than 50 percent of the cost of your care.  You do not fit in this category if you are considered an inmate of a public institution such as a prison.
5.    You live alone.
6.    You live only with your child, spouse, or persons whose income is being used to compute the amount of your SSI payment.
7.    You do not fit in categories B, C or D described below.

In Category "A" The Maximum Federal SSI Money Is Used To Compute Your SSI payment.

B    Living in the Household of Another -- You fit in this category if you are eligible for SSI and you meet both of the following conditions:

1.    You live in a household other than your own throughout a month with at least one other person who is not your child, your spouse or an ineligible person whose income is being used to compute the amount of your SSI payment.
2.    And you receive food and housing from someone in that household.

In Category "B" The Federal SSI Money is Reduced By One-Third Because Another Person Helps Pay For Your Food And Housing Costs.

C    Child Living in Parents' Household -- You fit in this category if you are eligible for SSI and you meet both of the following conditions:

1.    You are under 18 years old.
2.    You live in the same household as your parents.

In Category "C" The Maximum Federal SSI Money Is Used To Compute Your SSI payment.

SSA-L8025

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
10/31/2014

D      Medicaid Facility -- You fit in this category if you are eligible for SSI and meet both of the following conditions:

1.    You live in a public or private medical institution throughout a month.
2.    Medicaid is paying more than 50 percent of the cost of your care.

In Category "D" The Federal SSI Money Cannot Exceed $30.

SSA-L8025

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
10/31/2014

## Fact Sheet on SSI
### Living Arrangement Categories
### For the State of New Jersey

| Category | Definition |
|---|---|
| A | Living in a Residential Facility -- You fit in this category if you are eligible for SSI and you live in a state-approved Residential facility or a state-approved Assisted Living Residence and/or Comprehensive Personal Care Home. |
| B | Living Independently or with Others -- You fit in this category if you are eligible for SSI and you meet both of the following conditions:<br><br>1. You meet the definition for either Federal Living Arrangement Category A or C.<br>2. You do not meet the requirements defined in any other New Jersey State supplementation category. |
| C | Living Only with a Spouse -- You fit in this category if you are eligible for SSI and you live in a household consisting of only you and your spouse who is not eligible for SSI. This can also include an ineligible spouse and foster children. It is also possible to fit into this category if you and your ineligible spouse live with others (excluding minor children) but are a separate household because you eat your meals out or you and your spouse separately purchase and prepare your food. |
| D | Living in Someone Else's Home -- You fit in this category if you are eligible for SSI and you meet the definition for Federal Living Arrangement Category B. |
| G | In a medical care facility, like a hospital or nursing home, and Medicaid pays for or would usually pay for more than half the cost of the care -- You fit in this category if you are eligible for SSI and are residing in a facility where Medicaid pays more than 50% of the cost of your care. |
| I | Living in a Licensed Residential Health Care Facility -- You fit in this category if you are eligible for SSI and you live in a state approved Residential Health Care Facility that is attached to a Nursing Home or a "free standing" state-approved Residential Health Care Facility. |
| Y | Optional Supplementation Waived -- You fit in this category if you are eligible for SSI and you told us that you do not want to receive a supplementary payment from the State of New Jersey. |

SSA-L8025

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
10/31/2014

Page 12 of 16

Z            No Supplement Cases -- You fit in this category if you are eligible
             for SSI and you meet one of the following conditions:

             1.    You live in a licensed medical facility where Medicaid is
                   paying less than 50 percent of the cost of your care.
             2.    You live in a publicly operated community residence, which
                   serves 16 or fewer residents.
             3.    You live in a publicly operated emergency shelter throughout
                   a month.

SSA-L8025

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
10/31/2014

## SSI Rules That Help You Work

We want to tell you about some special Supplemental Security Income (SSI) rules that can help you while you are working or if you begin working. These rules can help you get or keep Medicaid and may help you keep getting some SSI even though you are working.

### How Your SSI May Change If You Work

We do not count most of your earnings when we figure your SSI payment amount. We do not count the first $65 of your earned income in a month plus one-half of the remainder. That means that we count less than one-half of your earnings when we figure your SSI payment amount.

### If You Stop Working or Start Earning Less

If you stop working or start earning less, please let us know right away. We can increase your SSI payments, or start your SSI and Medicaid again if they have stopped. You may not even have to file a new application.

### Medicaid

If you get Medicaid, it will usually continue as long as you get SSI. If your SSI stops because you begin earning too much money, you can often keep getting Medicaid as long as the following are true:

- you continue to be disabled or blind under our rules; and

- you can't pay your medical bills without Medicaid.

### We Don't Count Some of Your Earnings Used for Work Expenses

The earnings you use for some of your working expenses may not count as income. For example, we sometimes don't count earnings used to pay for transportation to and from work. Also, we don't count the cost of special equipment that helps you to work.

### A Plan Can Help

You may be able to keep more of your SSI if you develop a special plan to support yourself. We call this a plan to achieve self-support (PASS). This plan lets you set aside money for a certain amount of time for a work goal. For example, you may set aside money to start a business, go to school, or get training for a job.

We don't count what you set aside when we figure your SSI. This can help keep you on SSI or help you get more SSI. A PASS may also help someone you know qualify for SSI.

SSA-L8025

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                                                    Page 14 of 16
10/31/2014

## If You Need Help Finding A Job

We can ask someone who offers vocational rehabilitation services to help you find a job or give you training.

## If You Want To Know More

If you want to know more about these rules, contact any Social Security office and ask to speak to someone about work incentives.

SSA-L8025

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
10/31/2014

## HOW WE FIGURED YOUR PAYMENT FOR June 2014 THROUGH November 2014

### Your Payment Amount

| | |
|---|---|
| The most Federal SSI money the law allows us to pay | $721.00 |
| We didn't subtract (-) any income from Federal SSI money | - 0.00 |
| Federal SSI money | $721.00 |
| Plus (+) the most State SSI money the law allows us to pay | + 31.25 |
| We didn't subtract (-) any income from State SSI money | - 0.00 |

**Total Monthly SSI Payment
for June 2014 through November 2014**          $752.25

SSA-L8025

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                                              Page 16 of 16
10/31/2014

# HOW WE FIGURED YOUR PAYMENT FOR December 2014 ON

---

## Your Payment Amount

| | |
|---|---|
| The most Federal SSI money the law allows us to pay | $721.00 |
| We didn't subtract (-) any income from Federal SSI money | - 0.00 |
| Federal SSI money | $721.00 |
| Plus (+) the most State SSI money the law allows us to pay | + 31.25 |
| We didn't subtract (-) any income from State SSI money | - 0.00 |

**Total Monthly SSI Payment
for December 2014 on**                                   $752.25

---

SSA-L8025