CQ''462C'' *Tgx02312; ÷PL'23ll4+ Qtfgt''q'Rtqeggf''Ykj qw'Rtgrc{kpi 'Hggu'qt'Equuu'

# WP KVGF ''UVC VGU'F KUVT KE V'EQWT V'

hqt''yj g''

## F KUVT KE V'QH'P GY ''LGT UG[ ''

"

"         "         "         "
"
"

Rnckpvkhh*u+."

"

**x0'**

"

"

F ghgpf cpv*u+0'
"

---

J cxkpi ''eqpukfgtgf ''yj g''crr nkecvkqp''q'r tqeggf ''y kj qw'r tgr c{o gpv'qh'hggu''wpf gt''4: ''WUUE0'
È3; 37.''**KV''KU''QTF GTGF** ''yj g''crr nkecvkqp''ku<'
"

☐ ''''       **I TCP VGF** ."cpf ''
"

''''''☐ '''       Vj g''engtm'ku''qtf gtgf ''vq'hkng''yj g''eqo r nckpv."
"
"

''''''☐ '''       **KV''KU''HWT VJ GT ''QTF GTGF** ."yj g''engtm'kuuwg''c''uwo o qpu''cpf ''yj g''WUU0'O ctuj cn''
"       "       ugtxg''c''eqr {'qh'yj g''eqo r nckpv.''uwo o qpu''cpf ''yj ku''qtf gt''wr qp''yj g''f ghgpf cpv*u+''cu'''
"       "       f ktgevgf ''d {'yj g''r nckpvkhh*u+0''Cnn'equuu'qh'ugtxkeg''uj cnn'dg''cf xcpegf ''d {'yj g''Wpkvgf ''
"       "       Uvcvgu0'
"

''''''☐ '''       **F GP KGF** ."hqt''yj g''hqnqy kpi ''tgcuqpu<'
"
"

''''''☐ '''       **KV''KU''HWT VJ GT ''QTF GTGF** ."yj g''engtm'ku''qtf gtgf ''vq'enqug''yj g''hkng0''Rnckpvkhh*u+''
"       "       o c{'uwdo kv'r c''o gpv'kp''yj g''co qwpv'qh''**&622**''y kj kp''**36**'f c{u'htqo ''yj g''f cvg''qh'yj ku'''
"       "       qtf gt''vq'tgqr gp''yj g''ecug''y kj qw'hwtyj gt''cevkqp''htqo ''yj g''Eqwt0'
"

"       "

GP VGT GF ''yj ku''       f c{'qh'''       ''''''''''."       " ulaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa'
"       "       "       "       "       "       ''''''Uki pcwtg''qh'Lwf kekcn'Qhhkegt ''
"       "       "       "       "       "       ''''    ''''''    "       "       "       "
"       "       "       "       "       "       ''''''aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa'
"       "       "       "       "       "       ''''''P co g''cpf ''Vkvng''qh'Lwf kekcn'Qhhkegt '