Mack Tyler
818 Birchwood Court
North Brunswick, New Jersey
08902

Office of the Clerk
United States District Court
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street/ room 2020
Trenton, New Jersey 08608

Dear Clerk:

Please find enclosed plaintiff's complaint brought pursuant to 42 U.S.C. § 1983. Also please find plaintiff's notice of motion for waiver of filing fees. Can you please file, docket, and inform plaintiff of the same. Plaintiff appreciates your time and attention involved on this matter. Thank you!

Date: 4·20·15

Sincerely yours
By: _Mack Tyler_
Mack Tyler, pro se