Mack Tyler
318 Birchwood court
N. Brunswick NJ 08902



office of The Clerk
United States District court
Clarkson S. fisher federal Building and US
402 East state street  room 2020    courthouse
Treton, New Jersey 08608