GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for the Defendants,
Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant

By: Meliha Arnautovic
    Deputy Attorney General
    Attorney ID: 199192016
    (609)633-8702

| | |
|---|---|
| Mack Tyler,<br><br>        Plaintiff,<br><br>    v.<br><br>Jacqueline Cruz, Lawrence Rossi,<br>Lee Acuf; Maria Champagne, Evan<br>Fiebusch, Teresa McQuaide,<br>Sandra Bryant, Bruce Booth,<br>Karen Johnson, John Does and<br>Jane Does 1-19,<br><br>        Defendants | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**VICINAGE OF TRENTON**<br><br>**HON. TONIANNE J. BONGIOVANNI,**<br>**U.S.M.J.**<br><br>CIVIL ACTION NO.<br>3:15-CV-02951<br><br>**NOTICE OF MOTION FOR SUMMARY**<br>**JUDGMENT PURSUANT TO F.R.C.P.**<br>**56(a)**<br>**(ELECTRONICALLY FILED)** |

TO:  CLERK OF THE COURT

    Pro-se Plaintiff via regular and certified mail, as well as email at:

    Mack Tyler, Plaintiff.
    818 BIRCHWOOD COURT
    NORTH BRUNSWICK, NJ 08902
    mackattack3810@gmail.com


    PLEASE TAKE NOTICE that **on May 21, 2018,** the undersigned, Gurbir

s. Grewal, Attorney General of New Jersey, by Meliha Arnautovic, Deputy

Attorney General, on behalf of Defendants, Teresa McQuaide, Evan

1

Feibusch, Bruce Booth, and Sandra Bryant, shall apply to the United States District Court, for the District of New Jersey, for an Order dismissing Plaintiff's Complaint with prejudice. Defendants will rely on the attached brief in support of the motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Meliha Arnautovic
Meliha Arnautovic
Deputy Attorney General

DATED: April 12, 2018