GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant

By:  Meliha Arnautovic
     Deputy Attorney General
     Attorney ID: 199192016
     (609)633-8702

| | | |
|---|---|---|
| Mack Tyler,<br><br>             Plaintiff,<br><br>     v.<br><br>Jacqueline   Cruz,   Lawrence Rossi,   Lee   Acuf;   Maria Champagne,   Evan   Fiebusch, Teresa   McQuaide,   Sandra Bryant,   Bruce   Booth,   Karen Johnson,  John  Does  and  Jane Does 1-19,<br><br>             Defendants | : : : : : : : : : : : : : : : | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**<br><br>CIVIL ACTION NO. 3:15-CV-02951<br><br>**CERTIFICATION OF SERVICE** |

I  hereby  certify  that  I  electronically  filed  the  within notice  of  motion,  brief,  proposed  form  of  order  and  this certificate  of  service  with  the  Clerk  of  the  United  States District  Court  and  that  I  caused  a  copy  of  these  documents  to  be sent  by  regular  and  certified  mail  as  well  as  email  to  the following non-ECF participants:

     Mack Tyler, Pro-Se Plaintiff.
     818 BIRCHWOOD COURT
     NORTH BRUNSWICK, NJ 08902
     mackattack3810@gmail.com

A courtesy copy of the motion has been sent to Judge Bongiovanni's Chambers via overnight mail.


GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Meliha Arnautovic
Meliha Arnautovic
Deputy Attorney General

DATED: April 12, 2018