GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant

By: Meliha Arnautovic
    Deputy Attorney General
    Attorney ID: 199192016
    (609)633-8702

| | |
|---|---|
| Mack Tyler,<br><br>        Plaintiff,<br><br>    v.<br><br>Jacqueline Cruz, Lawrence Rossi, Lee Acuf; Maria Champagne, Evan Fiebusch, Teresa McQuaide, Sandra Bryant, Bruce Booth, Karen Johnson, John Does and Jane Does 1-19,<br><br>        Defendants | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**VICINAGE OF TRENTON**<br><br>**HON. TONIANNE J. BONGIOVANNI,**<br>**U.S.M.J.**<br><br>CIVIL ACTION NO.<br>3:15-CV-02951<br><br><br>**ATTORNEY CERTIFICATION** |

I, Meliha Arnautovic, of full age, hereby certify as follows:

1.  I am employed as a Deputy Attorney General by the State of New Jersey, Department of Law and Public Safety. I am assigned to the Tort Litigation and Judiciary Section of the Division of Law, which provides legal representation to the State of New Jersey and its entities. I am the Deputy Attorney General responsible for the handling of this matter.

2.      I am the attorney for Defendants Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant.

3.      This Certification is submitted in support of the moving Defendants' Motion for Summary Judgment. Fed. R. Civ. P. 56.

4.      I am licensed to practice before the United States District Court for the District of New Jersey.

5.      Attached hereto is a true copy of the Plaintiff's Complaint. **Exhibit A.**

6.      Attached hereto is a true copy of Employee Witness Statement Form of Lewis Gibson TPH018-019. **Exhibit B.**

7.      Attached hereto is a true copy of Unusual Incident Report Dated December 26, 2011 TPH002. **Exhibit C.**

8.      Attached hereto is a true copy of Confidential Assault Incident Report Form TPH008. **Exhibit D.**

9.      Attached hereto is a true copy of TPH Confidential Incident Report- Physical Evaluation TPH010-011. **Exhibit E.**

10.     Attached hereto is a true copy of Unusual Incident Report dated March 12, 2012 TPH027. **Exhibit F.**

11.     Attached hereto is a true copy of TPH Employee Witness Statement of Lloyd Mahi TPH047-048. **Exhibit G.**

12.     Attached hereto is a true copy of TPH Employee Witness Statement of Elijah Muse TPH044. **Exhibit H.**

13.   Attached hereto is a true copy of TPH Confidential Incident Report Form- Physical Evaluation TPH041-042. **Exhibit I.**

14.   Attached hereto is a true copy of Trenton Psychiatric Hospital, Interdisciplinary Progress Notes TPH050. **Exhibit J.**

15.   Attached hereto is a true copy of the unpublished opinion for Wood v. Main, 2008 U.S. Dist. LEXIS 62216 (D. N.J. August 13, 2008). **Exhibit K.**

16.   Attached hereto is a true copy of the Opinion of the Honorable Freda L. Wolfson dated January 13, 2017. **Exhibit L.**

17.   Attached hereto is a true copy of the Letter Order dated January 12, 2018. **Exhibit M.**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, then I am subject to punishment.

/s/ Meliha Arnautovic
Meliha Arnautovic
Deputy Attorney General

DATE: April 12, 2018