GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R. J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for the Defendants,
Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant

By: Meliha Arnautovic
    Deputy Attorney General
    Attorney ID: 199192016
    (609)633-8702

| | |
|---|---|
| Mack Tyler,<br><br>        Plaintiff,<br><br>    v.<br><br>Jacqueline Cruz, Lawrence Rossi, Lee Acuf; Maria Champagne, Evan Fiebusch, Teresa McQuaide, Sandra Bryant, Bruce Booth, Karen Johnson, John Does and Jane Does 1-19,<br><br>        Defendants | **UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>VICINAGE OF TRENTON**<br><br>**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**<br><br>CIVIL ACTION NO.<br>3:15-CV-02951<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO F.R.C.P. 56(a)** |

This matter having come before the Court on a motion of GURBIR S. GREWAL, Attorney General of New Jersey, by Meliha Arnautovic, Deputy Attorney General, appearing on behalf of Defendants, Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant for an Order for summary judgment dismissing Plaintiff Mack Tyler's Complaint, pursuant to Fed. R. Civ. P. 56, and the Court having considered the papers submitted herein

and for good cause shown;

IT IS on this _____ day of _____, 2018;

**ORDERED** that the Defendants' Motion is hereby **GRANTED** in favor of Defendants Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant; and it is further;

**ORDERED** that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE as to Defendants, Teresa McQuaide, Evan Feibusch, Bruce Booth, and Sandra Bryant; and it is further;

**ORDERED** that a copy of this Order shall be served upon all parties within seven (7) days of receipt.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.