# EXHIBIT B

TRENTON PSYCHIATR HOSPITAL

EMPLOYEE WITNESS STATEMENT FORM

NAME OF PATIENT S.R. 1 A Tyler    DATE OF INCIDENT 12/26/11

LOCATION OF INCIDENT Lincoln    TIME OF INCIDENT

Please respond to the following questions:

1.a. Where were you at the time of the incident?

Lincoln Nurse Station,

2. If the time of the incident is unknown, whe and where did you last see the person involved in the incident? (Continue to 2b.)

In the Quiet Room

3. What were you doing at the time of the incid

Standing at the Nurse station

4. observation at that time

S.R. 1 was on his way to the Med window and stated to hit mark Tyler that was using the Phone.

5. Who else was present at the time/place of the incident? (Provide names of employees and patients.)

Page 2

Name of Patient _____

Employee Statement Form

Location of
Incident _____

Describe what you observed and/or heard.  Include any action you took in response.
Include any othe rpertinent information.  (If additional space is needed  please use the

S.R. 1 was on his way to
See the Nurse and he
Turn to Mark Tyler and
Started to hit wit him. Staff
Went in and Stop S.R. 1
and take him to the Quiet
Room, Mark Went in his
Room and came back Stated
to hit S.R. 1 in the
Quiet Room. The Staffs Stop
him from hitting S.R. 1.

Lewis Gibson HSA _____ HSA
Print Name/Title                Signature/Title

Lincoln 3-11 _____ 12/26/11  7: Pm
Assigned Ward & Shift           Date Time of This Statement

Lincoln _____
Ward  Unit  Assignment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH019