# EXHIBIT C

CONFIDENTIAL

# Department of Human Services

### Unusual Incident Report

for

### Division of Mental Health Services
### Trenton Psychiatric Hospital-DMHS

Incident #:11-244838 01
Reporting Level: C
Date of Occurrence: December 26, 2011, 6:10 PM

## CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS REPORT IS CONFIDENTIAL. THIS DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT. ONLY THOSE WITH A NEED TO KNOW AND AUTHORITY TO REVIEW THIS REPORT, MAY REVIEW THE REPORT. THIS REPORT MAY CONTAIN CONFIDENTIAL CLIENT INFORMATION, AS WELL AS PROTECTED HEALTH INFORMATION, WHICH ARE PROTECTED BY STATE AND FEDERAL CONFIDENTIALITY LAWS. UNAUTHORIZED DISCLOSURE OF ANY OF THE CONTENTS OF THIS REPORT MAY RESULT IN CIVIL AND/OR CRIMINAL PENALTIES.

THE RECIPIENT OF THIS REPORT, IN REVIEWING THIS REPORT, HAS AGREED TO BE BOUND BY ALL STATE AND FEDERAL CONFIDENTIALITY LAWS, RULES AND REGULATIONS, AS WELL AS ALL CIRCULARS, POLICIES AND PROCEDURES AND ADMINISTRATIVE ORDERS OF THE DEPARTMENT OF HUMAN SERVICES.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH001

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS                    **Facility:** Trenton Psychiatric Hospital-DMHS
**Incident #:** 11-244838 01          **Reporting Level:** C

**FCN:**                 **Location:** Lincoln Unit              **Room/Area:** Hallway

**Additional Location Information:**

**Did this occur in an out of state Program?** No

| Incident Code(s): | Code | Category | Specific Incident Type | Level | Media Interest? |
|---|---|---|---|---|---|
| | AS112 | Assault | Physical - SR to SR / Minor injury | C | No |

**PSA Event?** No

| People Involved: | Role | Person Type | Name | Sex | Age |
|---|---|---|---|---|---|
| | AV | Service Recipient | MACK TYLER | M | 35 |
| | AP | Service Recipient | S.R. 1 | M | 24 |

**Date/Time when Incident occurred:** 12/26/2011 06:10 pm
**Date/Time known to Staff:** 12/26/2011 06:10 pm
**Date/Time reported to the Reporting Authority:** 12/27/2011 09:00 am

**Description of the Incident:**

===================================00================================ On 12/26/11, S.R. 1 █████████████ was agitated and punched peer Mack Tyler at 6:10pm multiple times while Mack was talking on the payphone in the hall and a fight ensued. S.R. 1 was escorted to the quiet room where he said peer gave him a dirty look. S.R. 1 continued to threaten to harm peers and staff. He was placed in 4 point bed restraints at 6:15pm. ████████████████████████████. When patient was evaluated for release of restraints at 7:10pm, he remained agitated. Patient remained in 4 point bed restraints until 8:15pm when he was released. S.R. 1 was counseled and placed on 1:1 for aggressive behavior. No injury or pain reported to S.R. 1. Mack Tyler sustained a contusion to the right side of his head and right hand. Ice pack was applied to prevent swelling. Neuro check within normal limits. 97.4-100-18 120/70. Motrin given as ordered for headache rated 8/10, reassessed at 2/10 within an hour.

## Alleged Victim(s)

**Person Type:** Service Recipient          **ID 1:** 108698          **SSN:** █████████

**First Name:** MACK          **Middle Name:**          **Last Name:** TYLER

**Sex:** █          **DOB:** █████          **Age:** █

**Is a State Employee?** NO

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH002

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS                          **Facility:** Trenton Psychiatric Hospital-DMHS
**Incident #:** 11-244838 01               **Reporting Level:** C

---

**Medical License or Certification:**

**RESIDENCE:**     **Division:** DMHS          **Facility:** Trenton Psychiatric          **Location:** Lincoln Unit
                                                        Hospital-DMHS

| **Injuries:** Yes | **Injury Type** | **Body Part** | **Severity** |
|---|---|---|---|
| | Bruise/hemotoma/contusion | Head | Minor |
| | Bruise/hemotoma/contusion | Hand | Minor |

**Admit Date:**   09/03/2009                **Discharge Date:**

**Diagnosis:** DSM-IV CODE : 295.7      **Description:**   SCHIZOAFFECTIVE DISORDER

**Precautions / Special Needs:**

**Legal Status:** Involuntary          **Level of Supervision:** Level 3 - General Supervision

---

## Alleged Perpetrator(s)

**Person Type:** Service Recipient                **ID 1:** ▮▮▮▮          **SSN:** ▮▮▮▮▮▮▮

**First Name:**  ▮S.R. 1▮                **Middle Name:**          **Last Name:**  ▮S.R. 1▮

**Sex:** ▮                       **DOB:** ▮▮▮▮          **Age:** 24

**Is a State Employee?**   NO

**Medical License or Certification:**

**RESIDENCE:**     **Division:** DMHS          **Facility:** Trenton Psychiatric          **Location:** Lincoln Unit
                                                        Hospital-DMHS

**Injuries:** No

**Admit Date:**   06/26/2010                **Discharge Date:**

**Diagnosis:** DSM-IV CODE : 295.7      **Description:**   SCHIZOAFFECTIVE DISORDER

**Precautions / Special Needs:**

     1:1

**Legal Status:** Involuntary          **Level of Supervision:** Level 3 - General Supervision

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL                                                    TPH003
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS                    **Facility:** Trenton Psychiatric Hospital-DMHS
**Incident #:** 11-244838 01          **Reporting Level:** C

## Witnesses / Others

**Person Type:** Employee              **ID 1:** 00000

**First Name:**  GERALD                **Middle Name:**              **Last Name:**  BRYSON

**Job Class:**  HST

**Additional Information:**

## Witnesses / Others

**Person Type:** Employee              **ID 1:**  00000

**First Name:**  LEWIS                 **Middle Name:**              **Last Name:**  GIBSON

**Job Class:**  HSA

**Additional Information:**

## Witnesses / Others

**Person Type:** Employee              **ID 1:**  00000

**First Name:**  SOLOMON               **Middle Name:**              **Last Name:**  TAYLOR

**Job Class:**

**Additional Information:**

## Witnesses / Others

**Person Type:** Employee              **ID 1:**  00000

**First Name:**  KELLY                 **Middle Name:**              **Last Name:**  JACKSON

**Job Class:**  HST

**Additional Information:**

## Witnesses / Others

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH004

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS
**Incident #:** 11-244838 01

**Facility:** Trenton Psychiatric Hospital-DMHS
**Reporting Level:** C

**Person Type:** Employee

**ID 1:** 00000

**First Name:** PHILIPPE

**Middle Name:**

**Last Name:** MICHEL

**Job Class:** HSA

**Additional Information:**

## Notifications

| Title | Name | Date Notified | Time Notified |
|---|---|---|---|
| Officer | Negron | 12/26/2011 | 06:15 PM |
| Drs. | Andrews/Kottiath | 12/26/2011 | 06:30 PM |
| RN | Quoi | 12/26/2011 | 07:00 PM |

**HSPD Date:**                                     12/26/2011 06:15 pm
**Local Law Enforcement Notified Date:**

## Email Alerts

| Email Address | Name | Date/Time Notified |
|---|---|---|
| melinda.potter@dhs.state.nj.us | Melinda Potter | 2/2/2012 2:41:33 PM |
| Annette.Cavallaro@dhs.state.nj.us | Annette Cavallaro | 2/2/2012 2:41:33 PM |
| Miloni.Bhatt@dhs.state.nj.us | Miloni Bhatt | 2/2/2012 2:41:33 PM |
| Fredricka.Billups@dhs.state.nj.us | Fredricka Billups | 2/2/2012 2:41:33 PM |
| Terri.Morrow@dhs.state.nj.us | Terri Morrow | 2/2/2012 2:41:33 PM |
| Kathy.Gibbons@dhs.state.nj.us | Kathy Gibbons | 2/2/2012 2:41:33 PM |
| Heather.Schwartz@dhs.state.nj.us | Heather Schwartz | 2/2/2012 2:41:33 PM |

## Actions Taken or Planned

| Action Description | Domain | Responsible Party | Planned | Taken |
|---|---|---|---|---|
| Patient Treated onsite | Treatment Action | MD | X | X |
| Counseling SR | Treatment Action | staff | X | X |

**Describe Actions taken or planned:**

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH005

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS
**Incident #:** 11-244838 01

**Facility:** Trenton Psychiatric Hospital-DMHS
**Reporting Level:** C

## Status: Closed: No further action

**Assigned Investigator:**
**Regional Supervisor:**
**Assigned Supervisor:**

**Date Inv/Assessment Completed:**
**Case Routed To:**
**Date Case Routed:**
**Case Assigned Date:**

**Date Closed:** 12/27/2011          **Criminal Charges:** No          **Conviction:** No

**Findings:** AS112     Assault       Substantiated

**Explanation of Findings:**

**Recommendations for additional Actions / Other comments:**

| | | | |
|---|---|---|---|
| **Prepared by:** tpage | | **Date / Time:** | 02/02/2012 02:41 pm |
| **Title:** Principal clerk typist | | **Phone:** | 47132 |
| **Submitted by:** Tonya Page | | **Date / Time:** | 02/02/2012 02:41 pm |
| **Title:** MIS Technician/Supervisor | | **Phone:** | 609-984-7132x47132 |

## Follow-Up Log

| FUP Follow-Up Reason | Information From | Title | Date/Time | Phone |
|---|---|---|---|---|
| 00 Original Entry. | | | | |
| Prepared By: tpage | | Principal clerk typist | 12/30/2011 09:41 am | 47132 |
| Entered By: tpage | | MIS Technician/Supervisor | 12/30/2011 09:41 am | |
| 01 Miscellaneous Information Updated. | | | | |
| Prepared By: tpage | | Principal clerk typist | 02/02/2012 02:41 pm | 47132 |
| Entered By: tpage | | MIS Technician/Supervisor | 02/02/2012 02:41 pm | |

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH006

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL

**Division:** DMHS                           **Facility:** Trenton Psychiatric Hospital-DMHS

**Incident #:** 11-244838 01                 **Reporting Level:** C

CONFIDENTIAL                                                    TPH007
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB