# EXHIBIT D

11-244838    A3112

~

TRENTON PSYCHIATRIC HOSPITAL
CONFIDENTIAL ASSAULT INCIDENT REPORT FORM

Incident Number:                Level:                Code:

**Part 1: General Information**

Incident Date: 12/26/11    Time: 6:15 PM    Reporting Date: 12/26/11    Time: 7 pm
Unit: Lincoln Unit    Was patient on: ☐ S_T Pass  ☐ Won. Pass  ☐ 2nd Visit  ☐ Other
Location: ☐ Bedroom  ☐ Dayroom  ☐ Cafeteria  ☑ Hal  ☐ Medication Line  ☐ Outside  ☐ Restraint
☑ Quiet Room  ☐ Team Room  ☐ Unit Yard  ☐ Gym  ☐ Casban  ☐ Other
Reported By: M____ ____ D____    ☐ Pt.  ☑ Staff  ☐ Other  Date: 12/26/11  Time: 6:15 Pm

**Part 2: Aggressor's Information.  Attach Detailed Progress Notes**

Aggressor's Name #1 (Last, First)    Hosp ID # 440710    History of Assault ☑ Yes ☐ No    Birth Date 9/15/87    ☑ Male ☐ Fem.    Unit Linc
S.R. 1
Level of Supervision (Prior to incident)    Charges: ☐ Kro  ☐ 30 Day Eval  ☐ Detainer ☑ IST ☐ Megan's    ☐ Voluntary ☐ CRPP  ☑ Cont. Commit ☐ Voluntary
☑  ☐2  ☐3  ☐4
Precautions (Prior to the Incident) ☑ 1:1  ☐ P.O  ☐ Assault  ☐ Suicide  ☐ Elopement/Walkaway  ☐ None  ☐ Other:    Injury: ☐ Yes ☑ No
DSM Axis I Diagnosis: Schizoaffective Dis NOS
Behavior Prior to Assault: ☐ Appropriate  ☐ Delusional  ☐ Horse Playing  ☐ Pacing  ☐ Reclusive  ☐ Stalking  ☐ Threatening Posture/Stance  ☐ Property Damage  ☐ Verbal Threats  ☑ Not Noted  ☐ Other
Aggressor's Motivation: ☐ Bad News  ☐ Cigarettes  ☐ Delusional/Hallucinating  ☐ Food  ☐ Game  ☐ Medication  ☐ Money  ☐ Possessions  ☐ Racial  ☐ Retaliation  ☐ Smoke Break  ☐ Phone  ☐ Discharge  ☐ Staff Setting Limits  ☐ Was Being Teased  ☐ Discharge  ☑ Transfer to Another Unit  ☐ Team Meeting  ☐ Being on 1:1  ☐ Denied Pass  ☐ w/o Provocation  ☑ Other Pt said peer Mack Tyler gave him a dirty look.

**Part 3: Description. (Briefly describe what you observed or discovered and actions taken)**

At about 6:10pm S.R. 1 w/out provocation punched peer Mack Tyler on the head. In retaliation mack jumped S.R. 1 in a fight sustaining minor contusion to Rt face and Rt hand. Ice pack applied to Rt hand and motrin 600mg PO & mylanta 30ml PO adm to pt for headache. There was no injuries to S.R. 1. S.R. 1 was placed in 4pt bed restraints x 2hrs to prevent assault. He was given ___ PO at 7pm for agitation. He was placed in restraints at 6:15pm and released at 8:15pm. Both pts counseled to avoid any physical confrontation and seek staff. S.R. 1 placed on 1:1 obs. for aggressive behavior. SON, MOD, HSPD notified H Que Ro H Que

Interventions: ☐ None  ☐ Not able due to sudden/unexpected behavior  ☐ Recognized situation too late
☑ ____ ☑ ____ ☐ Exercise ☐ PRN ☐ Offered food only ☑ Decreased Contact etc.
☑ Quiet Room ☐ Medication ☑ Restraint ☑ Separate Individuals ☐ Transferred ☐ Aggresso ☐ Time

1/05

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH008