**EXHIBIT E**

TRENTON PSYCHIATRIC HOSPITAL          ATTACHMENT B

BODY CHART - DOCUMENTATION OF INJURY

; of Patient _Tylen Mack_          Patient's Hosp. # _414-7909_

Complex/Unit _RC/Lincoln Unit_          Incident _Pt-to-Pt Assault_

Date of incident _12/26/11_          Incident Location _Lincoln Unit_

Name/Title of Person Completing Body Chart _____

Signature _Teoñiro_          Date _12/26/11_

Rt face contusion

Rt hand contusion

Right          Left          Left          Right

vised  6/06    TP- P&P 2 609 Attachment B

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH010

TRENTON PSYCHIATRIC HOSPITAL
CONFIDENTIAL INCIDENT REPORT FORM – PHYSICAL EVALUATION

**Part II: Physician Section (Attach Detailed Progress Notes which _____ findings)**

atient #1 Name: Tyler Mach

Date of Incident: 12/26/11

Actions Taken: ☐ Quiet Room  ☐ Counseling  ☐ Restraints  ☑ Medication Ordered
☐ Precautions Changed  ☐ Change in LOS  ☐ Referred for X-ray
☐ Other.

Level of Injury:  ☐ None  ☑ Minor  ☐ Moderate  ☐ Major

Body Part Injured:  Right side of Scalp (R) hand

Type of Injury:  Contussion

☐ Referred for Evaluation  ☐ Sutures  ☐ Rape Crisis Center
☐ Other:

Physician's Name (print):  KOTTIATU

Date of Evaluation: 12/26/11

Time of Evaluation: 830p

I certify that the details of this incident are contained in the Progress Notes

Physician's Signature:

---

atient #2 Name: Consentino Anthony

Date of Incident: 12/26/11

Actions Taken: ☐ Quiet Room  ☐ Counseling  ☐ Restraints  ☐ Medication Ordered
☐ Precautions Changed  ☐ Change in LOS  ☐ Referred for X-ray
☐ Other:

Level of Injury:  ☑ None  ☐ Minor  ☐ Moderate  ☐ Major

Body Part Injured:

Type of Injury:

☐ Referred for Evaluation  ☐ Sutures  ☐ Rape Crisis Center
☐ Other:

Physician's Name (print):  KOTTIATU

Date of Evaluation: 12/26/11

Time of Evaluation: 8 20p

I certify that the details of this incident are contained in the Progress Notes

Physician's Signature:

revised 10/05

Page 3

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH011