# EXHIBIT F

CONFIDENTIAL

# Department of Human Services

Unusual Incident Report

for

## Division of Mental Health Services
## Trenton Psychiatric Hospital–DMHS

Incident #:12–252628 00
Reporting Level: B
Date of Occurrence: March 19, 2012, 8:40 AM

## CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS REPORT IS CONFIDENTIAL. THIS DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT. ONLY THOSE WITH A NEED TO KNOW AND AUTHORITY TO REVIEW THIS REPORT, MAY REVIEW THE REPORT. THIS REPORT MAY CONTAIN CONFIDENTIAL CLIENT INFORMATION, AS WELL AS PROTECTED HEALTH INFORMATION, WHICH ARE PROTECTED BY STATE AND FEDERAL CONFIDENTIALITY LAWS. UNAUTHORIZED DISCLOSURE OF ANY OF THE CONTENTS OF THIS REPORT MAY RESULT IN CIVIL AND/OR CRIMINAL PENALTIES.

THE RECIPIENT OF THIS REPORT, IN REVIEWING THIS REPORT, HAS AGREED TO BE BOUND BY ALL STATE AND FEDERAL CONFIDENTIALITY LAWS, RULES AND REGULATIONS, AS WELL AS ALL CIRCULARS, POLICIES AND PROCEDURES AND ADMINISTRATIVE ORDERS OF THE DEPARTMENT OF HUMAN SERVICES.

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL          2

**Division:**DMHS  **Facility:**Trenton Psychiatric Hospital-DMHS      **Incident #:** 12-252628 00  **Reporting Level:** B

**FCN:**              **Location:**Lincoln Unit                 Room/Area:Other

**Additional Location Information:**    Male Bathroom

**Did this occur in an out of state Program?**  No

| Incident Code(s): | Code | Category | Specific Incident Type | Level | Media Interest? |
|---|---|---|---|---|---|
|  | AS114 | Assault | Physical – SR to SR / Moderate injury | B | No |

**PSA Event?**   No

| People Involved: | Role | Person Type | Name | Sex | Age |
|---|---|---|---|---|---|
|  | AV | Service Recipient | MACK TYLER | M | 35 |
|  | AP | Service Recipient | S.R.1 | M | 24 |

**Date/Time when Incident occurred:**          03/19/2012 08:40 am
**Date/Time known to Staff:**               03/19/2012 08:40 am
**Date/Time reported to the Reporting Authority:**   03/20/2012 09:00 am

**Description of the Incident:**

=======00========= On 3/19/12 at around 8:40a.m. without provocation, SR  S R 1  p punched peer Mack Tyler in the back of the head and Mack retaliated by punching S.R. 1 several times in the face. S.R. 1 sustained contusion to the right cheek, abrasion, redness, and swelling. He reports no visual disturbances. Abrasion was cleansed, bleeding stopped. Ice pack applied, pain was 6/10 on the pain scale. He was seen by the MD and sent to HFMC to R/O facial FX. He was sent out on 2:1.
Patient returned from HFMC ER. with a DX: Head Injury, unspecified, Facial Contusion, Facial Abrasion, Right cheek swollen and bruised. No visual impairment to right eye, able to open and close eye despite swelling. 97.6-98-19 120/80. Motrin was ordered for pain rated 7/10 but patient refused Motrin stating he could handle the pain. He ate 100% of dinner and rested in his bed without complaints. Monitored on 1:1 to prevent aggressive behavior.
Mack sustained contusion and swelling to his right hand and trauma to the face. Staff intervened, they were separated. He was given ice pack for his right hand, Motrin ordered for pain 7/10 but went down 2/10 on the pain scale.

## Alleged Victim(s)

**Person Type:** Service Recipient      **ID 1:**      108698   **SSN:**

**First Name:**  MACK           **Middle Name:**        **Last Name:**   TYLER

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL          3

Sex: M                              DOB:▊▊▊▊          Age: 35

**RESIDENCE:**    Division:DMHS       Facility:Trenton Psychiatric        Location:Lincoln Unit
                                              Hospital–DMHS

**Injuries:  Yes**          Injury Type         Body Part          Severity

                    Bruise/hemotoma/contusion Hand              Minor
                    Swelling                    Hand              Minor
                    Other                       Face              Minor

**Admit Date:**    09/03/2009          **Discharge Date:**

**Diagnosis:**DSM–IV CODE : 296.33     **Description:**    MAJOR DEPRESSION, RECURRENT,
                                                           SEVERE, WITHOUT PSYCHOTIC
                                                           FEATURES

**Precautions / Special Needs:**

        None

**Legal Status:**KROL             **Level of Supervision:**    Level 3 – General Supervision

---

## Alleged Perpetrator(s)

Person Type: Service Recipient          **ID 1:**    143301    **SSN:**    ▊▊▊▊

**First Name:**  S.R. 1              **Middle**              **Last Name:**  S.R. 1
                                      **Name:**

Sex: M                              **DOB**▊▊▊▊          **Age:**▊

**RESIDENCE:**    Division:DMHS       Facility:Trenton Psychiatric        Location:Lincoln Unit
                                              Hospital–DMHS

**Injuries:  Yes**          Injury Type         Body Part          Severity

                    Other                       Head              Minor
                    Bruise/hemotoma/contusion Face              Minor
                    Swelling                    Cheek             Moderate

**Admit Date:**    06/26/2010          **Discharge Date:**

**Diagnosis:**DSM–IV CODE : 295.7      **Description:**    SCHIZOAFFECTIVE DISORDER

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL        4

**Precautions / Special Needs:**

    1:1

**Legal Status:** Involuntary          **Level of Supervision:**    Level 4 – Direct Supervision

## Witnesses / Others

**Person Type:** Employee              **ID 1:**        000000

**First Name:**  MAHI                   **Middle Name:**           **Last Name:**  LIOYD

**Job Class:**

**Additional Information:**

## Notifications

| Title | Name | Date Notified | Time Notified |
|-------|------|---------------|---------------|
| MD | Dr Cruz/ Dr Razak | 03/19/2012 | 10:00 AM |
| SON | U. Ekemezie | 03/19/2012 | 10:30 AM |
| D/NNA | R. Douglas | 03/19/2012 | 10:30 AM |

**HSPD Date:**                    03/19/2012 08:45 am
**Local Law Enforcement Notified Date:**

## Email Alerts

| Email Address | Name | Date/Time Notified |
|---------------|------|--------------------|
| Ella–Vee.Hoefling@dhs.state.nj.us | Ella–Vee Hoefling | 3/20/2012 9:52:25 AM |
| melinda.potter@dhs.state.nj.us | Melinda Potter | 3/20/2012 9:52:25 AM |
| Annette.Cavallaro@dhs.state.nj.us | Annette Cavallaro | 3/20/2012 9:52:25 AM |
| Miloni.Bhatt@dhs.state.nj.us | Miloni Bhatt | 3/20/2012 9:52:25 AM |
| Fredricka.Billups@dhs.state.nj.us | Fredricka Billups | 3/20/2012 9:52:25 AM |
| Terri.Morrow@dhs.state.nj.us | Terri Morrow | 3/20/2012 9:52:25 AM |
| Kathy.Gibbons@dhs.state.nj.us | Kathy Gibbons | 3/20/2012 9:52:25 AM |

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

Department of Human Services, Unusual Incident Report -- CONFIDENTIAL          5

Heather.Schwartz@dhs.state.nj.us          Heather Schwartz          3/20/2012 9:52:25 AM

## Actions Taken or Planned

| Action Description | Domain | Responsible Party | Planned | Taken |
|---|---|---|---|---|
| ER Treatment /Evaluation | Treatment Action | HFMC/ER | X | X |

Describe Actions taken or planned:

## Status: Pending

Date Closed:                    Criminal Charges:  No     Conviction:    No

Findings: AS114     Assault

Explanation of Findings:

Recommendations for additional Actions / Other comments:

| | | | |
|---|---|---|---|
| **Prepared by:** kfrancois<br>**Title:**        QAT | | **Date / Time:**<br>**Phone:** | 03/20/2012 09:30 am<br>6099842525 x 42525 |
| **Submitted by:** Kerline Francois<br>**Title:**        QAT | | **Date / Time:**<br>**Phone:** | 03/20/2012 09:52 am<br>609−984−2525 |

## Follow−Up Log

| FUP | Follow−Up Reason | Information From | Title | Date/Time | Phone |
|---|---|---|---|---|---|
| 00 | Original Entry. | | | | |
| | Prepared By: kfrancois | | QAT | 03/20/2012 09:30 am | 6099842525 x 42525 |
| | Entered By: kfrancois | | QAT | 03/20/2012 09:52 am | |

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH030

THIS CONFIDENTIAL DOCUMENT IS FOR INTERNAL USE ONLY AND IS NOT A PUBLIC DOCUMENT.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH031