# EXHIBIT G

TRENTON PSYCHIATRIC HOSPITAL

## EMPLOYEE WITNESS STATEMENT FORM

NAME OF PATIENT  S.R. 1 ▮▮▮▮▮▮▮▮▮▮    DATE OF INCIDENT* 3/19/12

LOCATION OF INCIDENT LINCOLN UNIT    TIME OF INCIDENT* App. 8:40

Please respond to the following questions:

1.a  Where were you at the time of the incident?

IN THE BATHROOM WITH THE PATIENT

b.  If the time of the incident is unknown, when and where did you last see the person involved in the incident? (Continue to 2b.)

2.  What were you doing at the time of the incident?

I WAS ON 1:1 WITH THE PATIENT

b.  Describe your contact or observation at that time.

I OBSERVED THAT ▬▬▬▬ ▬▬▬▬▬ PUNCHING MARK WHILE ON HIS WAY TO THE BATHROOM.

3  Who else was present at the time/place of the incident? (Provide names of employees and patients.)

KELVIN OAKLEY & MARK TYLER

*If time/date of incident are unknown, just complete the "b" questions for the timeframes requested by your supervisor.
c:\nisapps\winword\template\witstat.doc

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH047

Page 2                              Name of Patient _____

Employee Statement Form            Location of
                                   Incident              _____

4.    Describe what you observed and/or heard.  Include any action you took in response.
      Include any othe rpertinent information.  (If additional space is needed, please use the
      back of this sheet.)

WE INITIALLY IN ▇▇▇▇▇▇▇▇ ROOM WHEN HE SUDDENLY
AWOKE AND STARTED COMING TOWARDS ME. I INSTRUCTED
HIM TO GO BACK TO HIS BED. HE CLAIMED HE WANTED
TO USE THE BATHROOM SO I TOOK HIM, I OBSERVED
THAT PATIENTS MARK TYLER & ▇▇▇▇▇▇▇▇▇▇
WERE USING THE FACE BASIN. AS ANTHONY PASS
BY HE SUDDENLY THREW TWO PUNCHES BEHIND
THE HEAD OF MARK TYLER'S HEAD. MARK
RETALIATED PUNCHED HIM SEVERAL TIMES. I WAS
YELLING AND CALLING CODE GREEN AND ALSO
TRYING STOP THE FIGHT.

LLOYD    MAH    HSA                    _____ HSA
Print Name/Title                       Signature/Title

LINCOLN  UNIT  7-3                    3/19/12   AP  11.'05
Assigned Ward & Shift                  Date/Time of This Statement

1:1 (MONITORING)
Ward Duty Assignment

Rev ▇▇▇

CONFIDENTIAL                                           TPH048
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB