# EXHIBIT H

TRENTON PSYCHIATRIC HOSPITAL

EMPLOYEE WITNESS STATEMENT FORM

NAME OF PATIENT _____  DATE OF INCIDENT* 3/19/2012

LOCATION OF INCIDENT _Lincoln Bathroom_  TIME OF INCIDENT* 8:40

Please respond to the following questions:

1.a.  Where were you at the time of the incident?

In Day-room

b.  If the time of the incident is unknown, when and where did you last see the person involved in the incident?  (Continue to 2b.)

2.  What were you doing at the time of the incident?

Playing CARDS with patients

b.  Describe your contact or observation at that time.

3  Who else was present at the time/place of the incident?  (Provide names of employees and patients.)

*If time/date of incident are unknown, also complete the "b" questions for the timeframes requested by your supervisor.

\\tpsapps\winword\template\wtstate.frm

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH043

Page 2

Name of Patient ▓▓▓▓▓▓▓▓▓▓

Employee Statement Form

Location of
Incident   lincoln B. Bath

4    Describe what you observed and/or heard.  Include any action you took in response.
Include any othe rpertinent information.  (If additional space is needed, please use the
back of this sheet.)

Ran When I heard staff
Calling for help seen Patien
had Been hit in face

Elijah Muse
Print Name/Title

Signature/Title

3/9/2012
Date/Time of This Statement

Assigned Ward & Shift

Ward Duty Assignment

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH044