# EXHIBIT I

TRENTON PSYCHIATRIC HOSPITAL          ATTACHMENT 3

BODY CHART - DOCUMENTATION OF INJURY

of Patient: *Tyler, Macie*          Patient's Hosp. # ███████

Complex/Unit: *RC/Lincoln Unit*          Incident: *Pt to Pt assault*

Date of Incident: *3/19/12*          Incident Location: *Male bathroom*

Name/Title of Person Completing Body Chart: *Henry Quoy Rn*

Signature: *Quoy Rn*          Date: *3/19/12*



Left facial trauma

Pt hand contussion

Right      Left      Left      Right

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH041

TRENTON PSYCHIATRIC HOSPITAL
CONFIDENTIAL INCIDENT REPORT FORM – PHYSICAL EVALUATION

**Part 9: Physician Section (Attach Detailed Progress Notes which include physical findings)**

Patient #1 Name: ███████     ███████          Date of Incident: 3/19/12

Actions Taken: ☐ Quiet Room  ☐ Counseling  ☐ Restraints  ☐ Medication Ordered
☐ Precautions Changed  ☐ Change in LOS  ☑ Referred for X-ray
☐ Other

Level of Injury: ☐ None  ☐ Minor  ☑ Moderate  ☐ Major

Body Part Injured: Head Trauma & Rt Eye Trauma

Type of Injury:

☑ Referred for Evaluation  ☐ Sutures  ☐ Rape Crisis Center
☐ Other:

| Physician's Name (print) | Date of Evaluation | Time of Evaluation |
|---|---|---|
| HEALAC (D) | 3/19/12 | 10:30 am |

I certify that the details of this incident are contained in the Progress Notes
Physician's Signature: H & Avall (MD)

---

Patient #2 Name: HACK  TYLER          Date of Incident: 3/19/12

Actions Taken: ☐ Quiet Room  ☐ Counseling  ☐ Restraints  ☐ Medication Ordered
☐ Precautions Changed  ☐ Change in LOS  ☑ Referred for X-ray
☐ Other

Level of Injury: ☐ None  ☑ Minor  ☐ Moderate  ☐ Major

Body Part Injured: Rt hand Contusion , Left facial Trauma

Type of Injury:

☑ Referred for Evaluation  ☐ Sutures  ☐ Rape Crisis Center
☐ Other:

| Physician's Name (print) | Date of Evaluation | Time of Evaluation |
|---|---|---|
| HEALAC | 3/19/12 | 4:55 am |

I certify that the details of this incident are contained in the Progress Notes
Physician's Signature: H & Avall

Revised 10/05          Page 3

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH042