**TRENTON PSYCHIATRIC HOSPITAL**
**Interdisciplinary Progress Notes**

CODES:
1 – Psychological Impairment
2 – Social Skill
3 – Dangerousness / Violence
4 – ADL- Occupational Skills
5 – Substance Abuse
6 – Medical Problem / Impairment
7 – Ancillary Problem / Impairment
TP – Temporary Problem/ Impairment

*Tyler, Mack*
*41479 09*

\*
\*

Addressograph
\* if addressograph is unavailable, write patient's name Patient ID # & DOB

| Date Mo/Day/Yr | Time AM/PM | Code | Chronological Interdisciplinary Progress Notes |
|---|---|---|---|
| 3/19/12 | 12pm | 6 | NSG NOTE/PAIN ASSESSMENT Date/Time: 3/19/12 /10:40A Pain Medication/Date/Time: motrin 400mg PO /3/19/12 /10:40a Assessment: Rating Scale (1-10): 7/10 FLACC behavioral rating scale for non-verbal patients: Site of pain: Rt hand/head Quality of Pain: aching/throbbing Aggravating/Relieving factors: Treating/medication Behavior of patient: Calm Reassessment (must be done within one hour) Date/Time/Rating Scale (1-10): 3/19/12 /11:45 Am / 2/10 MD notified ☐Yes ☐No (If yes, document follow-up) Nurse's Name (print/sign): Henry Quoi RN / Henry Quoi RN |
| 3/19/12 | 3pm | 6 1 | RN Note: Pt was punched in the back of the head, while in the male bathroom. In retaliation, Mack punched peer # ▇▇▇ several times in the face. Both pts were separated by staff and counseled to refrain from targeting and assaulting each other. Mack sustained a contusion and swelling to Rt hand, and trauma to face. Ice pack applied to Rt hand to prevent swelling. He was given Motrin 400mg PO x1 dose at 10:45am for hand/head pain 7/10 and reassessed at 2/10 at 11:45Am — Henry Quoi RN/Henry Quoi RN — |

Front

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
D.N.J. 15-cv-FLW-TJB

TPH050